Steven W. Ritcheson (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd. #503
Marina del Rey, California 90292
Telephone: (424) 289-9191
Facsimile: (818) 337-0383
Email:  swritcheson@insightplc.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIMUM VECTOR DYNAMICS LLC, a Texas limited liability company, | **Case No. 5:26-cv-01946-SSS-ACCV** |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| FANTASIA TRADING LLC, d/b/a ANKERDIRECT, a Delaware corporation, | |
| Defendant. | |

1

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
Case No. 5:26-CV-01946-SSS-ACCV

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff OPTIMUM VECTOR DYNAMICS LLC ("Plaintiff") hereby dismisses WITHOUT prejudice Plaintiff's claim against Defendant FANTASIA TRADING LLC, d/b/a ANKERDIRECT ("Defendant"). Prior to the filing of this notice Defendant has not filed an answer or motion for summary judgment in this case.

Dated:  May 5, 2026

Respectfully submitted,

**INSIGHT, PLC**

By:*/s/* Steven W. Ritcheson
         Steven W. Ritcheson

*Attorney for Plaintiff*

1

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
Case No. 5:26-CV-01946-SSS-ACCV